# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 4, 2006

130927

RICKY STINNETT,
        Plaintiff-Appellant,

v

SPALJ CONSTRUCTION and LUMBERMAN'S
MUTUAL CASUALTY COMPANY,
        Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130927
COA: 266756
WCAC: 04-000036

On order of the Court, the application for leave to appeal the March 29, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 4, 2006

_____
Clerk

t0927